UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-00009-2 |
| | ) | JUDGE TRAUGER |
| JENNIE SUE GRANTHAM | ) | |

## AGREED ORDER

Pending before the Court is a petition filed by the United States Probation Officer reporting that the defendant, Jennie Sue Grantham, has violated the following conditions of her supervised release which commenced on January 31, 2011. (D.E. 76).

1. The defendant failed to reside at the Residential Re-Entry Center, Diersen Charities for up to 12 months or until she could secure stable housing approved by the U.S. Probation Office;

2. The defendant failed to participate in a program of drug testing and substance abuse treatment as directed by the U.S. Probation Office;

3. The defendant failed to participate in a mental health program as directed by the U.S. Probation Office and;

4. The defendant associated with a person convicted of a felony without the probation officer's permission.

The defendant admits to the violations as alleged in the petition and the Court finds her guilty. The parties, including the United States Probation Office, have agreed that the defendant's conditions of supervised release be MODIFIED as follows:

1. That the defendant continue to reside at the Residential Re-Entry Center until August 21, 2013, or until she has secured stable housing approved by the U.S. Probation Office and;

2. That the defendant abstain from the consumption of alcohol.

The remaining terms and conditions of the defendant's term of supervised release ordered by this Court on July 7, 2009 (D.E. 72), shall remain in full force and effect.

It is FURTHER ORDERED that the hearing scheduled for October 4, 2012 at 3:00 p.m., (D.E. 85), is hereby canceled upon entry of this order.

IT IS SO ORDERED.

ENTERED this __18th__ day of __September__, 2012.

```
_____
ALETA A. TRAUGER
U.S. District Judge
```

Approved:

**s/ *Ronald C. Small***
RONALD C. SMALL
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
Attorney for Jennie Sue Grantham


JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee


BY:  **s/ *Braden H. Boucek***
BRADEN H. BOUCEK
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN  37203
Attorney for the United States