UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-00009-2 |
| | ) | JUDGE TRAUGER |
| JENNIE SUE GRANTHAM | ) | |

**AGREED ORDER**

On September 18, 2012, the defendant's conditions of supervised release were modified to require that she reside at the Residential Re-Entry Center until August 21, 2013, or until she has secured stable housing approved by the U.S. Probation Office and; that she abstain from the consumption of alcohol. (D.E. 87). The Court further ordered that the remaining terms and conditions of the defendant's term of supervised release ordered by this Court on July 7, 2009, (D.E. 72), remain in full force and effect.

The Court, being advised that the defendant is in need of meeting the requirements to commence her (disability payments), which would be necessary to obtain suitable housing and to continue her on the path of stability. Accordingly, it is hereby ORDERED that the defendant's condition of supervised release be MODIFIED to extend her residence at the Residential Re-Entry Center until her term of supervised release expires, or until she secures stable housing as determined by United States Probation Office. All other terms and conditions of the defendant's supervision shall remain in full force and effect.

IT IS SO ORDERED.

ENTERED this __8th__ day of ____July____, 2013.

_____
ALETA A. TRAUGER
U.S. District Judge

Approved:

**s/ Ronald C. Small**
RONALD C. SMALL
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Jennie Sue Grantham


DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee


BY: **s/ Braden H. Boucek**
BRADEN H. BOUCEK
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203
Attorney for the United States